1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    CLARENCE ROBERSON,                        No.  2:14-cv-2302 WBS KJN P

10                   Plaintiff,

11           v.                                ORDER

12   SGT. SINGH, et al.,

13                   Defendants.

14

15          Plaintiff is a state prisoner, proceeding without counsel.  On February 8, 2016, plaintiff

16   filed a notice of change of address and a "request for summary judgment response."  (ECF No.

17   69.)  Plaintiff has filed an opposition to the motion for summary judgment, and defendants have

18   filed a reply.  Local Rule 230(l) contemplates the filing of a motion, an opposition, and a reply.

19   No further briefing is permitted absent order of the court.  For example, when a party has raised

20   new arguments or presented new evidence in a reply to an opposition, the court may permit the

21   other party to counter the new arguments or evidence.  El Pollo Loco v. Hashim, 316 F.3d 1032,

22   1040-41 (9th Cir. 2003).  Here, defendants' reply addressed the argument in plaintiff's

23   opposition; it raised no new theories.  Thus, no surreply or further response is required by the

24   court.  Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 69) is denied.

25   Dated:  February 16, 2016

26

27   robe2302.den                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
28

                                              1